[No. 10368.  Department One.  September 12, 1912.]

ALBERT PING, *Respondent*, v. J. F. HILL, *Appellant*.[1]

Appeal from a judgment of the superior court for Spokane county, Hinkle, J., entered January 9, 1912, upon the verdict of a jury rendered in favor of the plaintiff, in an action on contract.  Affirmed.

*Allen & Allen*, for appellant.

*McCarthy & Edge* and *H. H. Cleland*, for respondent.

PER CURIAM.—In so far as the questions involved in this case merit discussion they are the same in substance as the questions presented in *Waldrip v. Hill*, *ante* p. 187, 126 Pac. 409.  For the reasons there assigned, the judgment in this case is affirmed.

———————————

[No. 10802.  Department One.  October 18, 1912.]

H. G. KELLEY, *Appellant*, v. G. Y. SAKAI et al., *Respondents*.[2]

Motion to dismiss an appeal from a judgment of the superior court for King county, Dykeman, J., entered May 25, 1912.  Denied.

*R. B. Brown* and *Thomas R. Horner*, for appellant.

*Hamlin & Meier*, for respondents.

PER CURIAM.—The motion to dismiss the appeal on account of the alleged insufficiency of the bond is denied; it appearing to the court that the bond is sufficient as an appeal bond, and as a supersedeas to stay the costs in the judgment appealed from, which said judgment was entered in the superior court of the state of Washington for King county on the 25th day of May, 1912.  Further than this, the bond is without legal effect.

[1]Reported in 126 Pac. 411.

[2]Reported in 127 Pac. 107.